# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Advanced Global Resources, LLC ) | ASBCA No. 61909 |
| ) | |
| Under Contract No. W911RQ-18-D-0001 ) | |

APPEARANCE FOR THE APPELLANT:  David Y. Yang, Esq.
Dickstein Shapiro LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Wayne T. Branom III, JA
Trial Attorney

## ORDER OF DISMISSAL

The Board is in receipt of a letter by Advanced Global Resources, LLC (AGR or appellant), dated January 28, 2019, requesting that this appeal be dismissed without prejudice. Pending before the Board is the Army's motion to dismiss for lack of subject matter jurisdiction, arguing that AGR failed to submit a claim to the contracting officer for final decision, and alternatively, that AGR failed to certify the claim. Appellant asserts in its letter that it has now submitted a certified claim to the Army, and wishes to reserve its right to appeal any final decision by the Army on its certified claim. On January 31, 2019, the government expressed it does not object to appellant's request. For good cause shown, this appeal is dismissed without prejudice.

Dated: February 8, 2019

LIS B. YOUNG
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61909, Appeal of Advanced Global Resources, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2